LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 10-3048 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| JOSEPH M. SMITH, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Joseph M. Smith, in the principal amount of $3,151.66 plus interest accrued to April 19, 2010, in the sum of $4,824.14; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$7,975.80**.

DATED: 5/20/2010                    By: _____
                                        Clerk of the Court

                                        _____
                                        Deputy Clerk
                                        United States District Court

Page 5